**Jack McRAE, Petitioner–Appellant,**

v.

**DISTRICT OF COLUMBIA PAROLE BOARD; District of Columbia Department of Corrections; United States Bureau of Prisons; United States Parole Commission, Respondents–Appellees.**

No. 02–6823.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 23, 2002.

Jack McRae, Appellant Pro Se. Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia; Carol Paskin Epstein, Michael Alan Stern, Assistant Corporation, D.C., Washington, D.C., for Appellees.

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Jack McRae seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that McRae has not made a substantial showing of the denial of a constitutional right. *See McRae v. D.C. Parole Bd.*, No. CA–01–283–3 (E.D.Va. May 13, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*